# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EUGENE VASSILTSOV, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **APPEARANCE** Civ. A. No. 1:06-cv-00877-ESH |
| v. | ) ) | |
| XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO, | ) ) ) | |
| Defendants. | ) ) ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for: XM Satellite Radio Holdings, Inc. and Hugh Panero.

June 5, 2006_____            /s/ Christopher J. Herrling_____
Date                                                         Signature

D.C. Bar No. 354837_____            Christopher J. Herrling_____
BAR IDENTIFICATION                         Print Name

                                                      WILMER CUTLER PICKERING
        HALE AND DORR LLP
       1875 Pennsylvania Avenue NW
       Washington, DC 20006
       Tel: (202) 663-6000

US1DOCS 5689823v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

> Steven J. Toll, Esq.
> COHEN MILSTEIN HAUSFELD & TOLL, PLLC
> 1100 New York Avenue NW
> West Tower, Suite 500
> Washington, DC 20005
> Tel: (202) 408-4600
> stoll@cmht.com
>
> **Counsel for Plaintiff Eugene Vassiltsov**

> /s/ Lisa Gasparott_____
> Lisa Gasparott
> WILMER CUTLER PICKERING
>  HALE AND DORR LLP
> 1875 Pennsylvania Avenue NW
> Washington, DC 20037
> Tel: (202) 663-6000
> Fax: (202) 663-6363

US1DOCS 5689823v1