## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE VASSILTSOV, Individually and on Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,  )<br>)<br>)<br>Defendants.  )<br>_____) | **CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1**<br><br>Civ. A. No. 1:06-cv-00877-ESH |

Certificate required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

> I, the undersigned, counsel of record for XM Satellite Radio Holdings, Inc. ("XM"), certify that to the best of my knowledge and belief, XM has no parent companies or subsidiaries that have any outstanding equity securities in the hands of the public. XM Satellite Radio Inc., a wholly owned subsidiary of XM, has outstanding debt securities in the hands of the public. General Motors Corporation is an XM affiliate that has outstanding securities in the hands of the public. American Honda Motor Co., Inc. is an XM affiliate and indirectly publicly held corporation that owns in excess of 10 percent of XM's stock.

These representations are made in order that judges of this court may determine the need for recusal.

                                          Respectfully submitted,

Dated: June 6, 2006                 WILMER CUTLER PICKERING HALE AND DORR LLP

                                          /s/ Charles E. Davidow
                                          Charles E. Davidow, D.C. Bar No. 331702
                                          Christopher J. Herrling, D.C. Bar No. 354847
                                          John A. Valentine, D.C. Bar No. 473072
                                          Michael A. Mugmon, D.C. Bar No. 485150
                                          1875 Pennsylvania Avenue NW
                                          Washington, DC 20006
                                          Tel: (202) 663-6000
                                          Fax: (202) 663-6363

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1 by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 6, 2006 to:

>Steven J. Toll, Esq.
>COHEN MILSTEIN HAUSFELD & TOLL, PLLC
>1100 New York Avenue NW
>West Tower, Suite 500
>Washington, DC 20005
>Tel: (202) 408-4600
>stoll@cmht.com
>
>**Counsel for Plaintiff Eugene Vassiltsov**

>/s/ Lisa Gasparott_____
>Lisa Gasparott
>WILMER CUTLER PICKERING
>  HALE AND DORR LLP
>1875 Pennsylvania Avenue NW
>Washington, DC 20037
>Tel: (202) 663-6000
>Fax: (202) 663-6363